No. 2962. TORRES, TERCERISTA APELANTE, *v.* QUIÑONES Y TORRES ET AL., DEMANDADOS-APELADOS.—Corte de Distrito de Mayagüez. Tercería de bienes muebles. Resuelto en febrero 13, 1923. Vista la moción de desestimación del demandado Quiñones y la certificación que se acompaña, no habiéndose radicado la transcripción del récord en el término de ley, se declara con lugar y se desestima la apelación.

No. 2021. EL PUEBLO, APELADO, *v.* VÁZQUEZ, APELANTE.— Corte de Distrito de Guayama. Acometimiento y agresión. No. 2022. EL PUEBLO, APELADO, *v.* QUIÑONES, APELANTE.— Corte de Distrito de Humacao. Homicidio voluntario. Resueltos en febrero 15, 1923. No habiendo el apelante en estos casos radicado el alegato requerido, el tribunal resuelve en corte abierta desestimar la apelación.